1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80031-TP-Rosenberg

UNITED STATES OF AMERICA,

v.

MARC CLERMONT,

       Defendant.
_____/

## REPORT & RECOMMENDATION

Defendant, MARC CLERMONT, appeared before the Court on March 16, 2020, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally convicted of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. Following this conviction, he was sentenced to Twenty (20) months in prison and three (3) years of supervised release.

After serving the prison portion of his sentence, Defendant began his term of supervised release on February 20, 2019.  He presently stands charged with violating his supervised release by: (1) by unlawfully possessing or using a controlled substance; (2) by failing to satisfy the court ordered restitution; (3) by failing to report to the probation officer as directed; (4) by failing to submit a truthful and complete written report within the first five days of each month; (5) by failing to notify the probation office of a change in employment and (6) by failing to participate in an approved mental health treatment program.

Defendant freely, knowingly, and voluntarily admitted to the above violations and, through counsel, stated his wish to proceed to sentencing as soon as possible.  Accordingly,

2

the Court RECOMMENDS that the District Court accept Defendant's admissions and find Defendant guilty of committing the violations of supervised release as charged. The Court further RECOMMENDS that this matter be set down for sentencing before U.S. District Judge Robin L. Rosenberg.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Judge Robin L. Rosenberg, within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 17th day of March 2020.

BRUCE E. REINHART
U.S. MAGISTRATE JUDGE