UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80031-TP-Rosenberg

UNITED STATES OF AMERICA,

v.

MARC CLERMONT,

        Defendant.
_____/

## REPORT & RECOMMENDATION

Defendant, MARC CLERMONT, appeared before the Court on September 23, 2020, represented by counsel, for a final hearing on violations of his supervised release. Defendant was originally convicted in the Southern District of Ohio with one count of conspiracy to commit wire fraud in violation of Title 18 U.S.C. § 1349. On January 25, 2019, Defendant was sentenced to 20 months in prison, to be followed by 3 years of supervised release. Defendant was also ordered to pay restitution of $168,585.16, a $100 special assessment fee, and to comply with Court-ordered special conditions. Defendant began his term of supervised release on February 20, 2019.

Defendant was originally charged with six (6) counts of violating his supervised release. As reported in a prior pending Report and Recommendation, Defendant appeared before the Court on March 16, 2020, at which time Defendant voluntarily admitted to committing the original six (6) violations of supervised release. Defendant is now charged by way of superseding petition with 2 new additional violations of his conditions of supervision. Violation 7 alleges Defendant failed to participate in an approved substance abuse treatment program and Violation 8 alleges Defendant failed to submit to drug testing.

Including the two newly-added violations, Defendant now stands charged with the following violations: (1) unlawfully possessing or using a controlled substance; (2) failing to satisfy the court

1

ordered restitution; (3) failing to report to the probation officer as directed; (4) failing to submit a truthful and complete written report within the first five days of each month; (5) failing to notify the probation office of a change in employment; (6) failing to participate in an approved mental health treatment program; (7) failing to participate in an approved substance abuse treatment program; and (8) failing to submit to drug testing.  The Court incorporates by reference U.S. Magistrate Judge Reinhart's Report and Recommendation from March 17, 2020, recommending that the Court accept Defendant's prior admissions and find him guilty of committing the first six violations [DE 11]. At the hearing, the Court questioned Defendant and found that Defendant freely, knowingly, and voluntarily admitted to new alleged violations 7 and 8.

Based on the foregoing, the Court RECOMMENDS that the District Court accept Defendant's admissions and find him guilty of committing Violations 1, 2, 3, 4, 5, 6, 7, and 8 of his supervised release as charged.  The Court further RECOMMENDS that this matter be set down for sentencing before U.S. District Robin L. Rosenberg.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Robin L. Rosenberg within 14 days after being served with a copy.  *See* 28 U.S.C. § 636(b)(1)(C).  Failure to file timely objections may limit the scope of appellate review of factual findings contained herein.  *See Resolution Tr. Corp. v. Hallmark Builders. Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

DONE AND RECOMMENDED in Chambers at West Palm Beach in the Southern District of Florida, this 23rd day of September, 2020.

*[signature: Dave Lee Brannon]*
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE